## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Reesesaun Rentals LLC**
1265 Byewood Lane, SW
Atlanta, GA 30310

**88−3051541**

Case No.: **25−64008−sms**
Chapter: **7**
Judge: **Sage M. Sigler**

### ORDER OF DISMISSAL FOR FAILURE TO APPEAR AT SECTION 341 MEETING OF CREDITORS

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

Sage M. Sigler
United States Bankruptcy Judge

Dated:   January 29, 2026

Form 185